SO ORDERED

Date signed December 23, 2015



ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

REGISTRY OF JUDGMENTS IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| JAMES M. WILLS, | * | Case No. 12-10388-RAG |
| | | Chapter 7 |
| Debtor. | * | |
| * * * * * * * | | |
| MONIQUE D. ALMY, Chapter 7 Trustee for the Estate of James M. Wills, | * | Adv. Pro. No. 14-00271-RAG |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | |
| | * | |
| FLIPPO CONSTRUCTION COMPANY, INC., | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * | | |

## JUDGMENT

Upon consideration of the May 11-12, 2015 trial of the above-captioned adversary proceeding and the evidence in the record, and for the reasons stated by the Court on the record on October 9 and November 9, 2015 and good cause, the Court hereby enters judgment in favor of the plaintiff, Monique D. Almy as Chapter 7 Trustee for the Estate of James M. Wills, and against the defendant, Flippo Construction Company, Inc., for all of the following:

1.    Avoidance of the $265,000 in transfers alleged in the complaint.

DCACTIVE-34616148.1

2.	Recovery of the avoided transfers through payment by the defendant to the plaintiff of $265,000 plus $135,000 for prejudgment interest, costs, and fees, for a total payment of $400,000, paid over nine consecutive months in equal installments commencing within seven days of the entry of this order.

3.	Disallowance of any claim by the defendant against the Estate of James M. Wills.

4.	Such other and further relief from the Court as is just and proper.

**CONSENTED AND AGREED:**

/s/ Joseph L. Meadows
Monique D. Almy (Bar No. 04479)
Joseph L. Meadows (Bar No. 15856)
Randall L. Hagen (Bar No. 08099)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
jmeadows@crowell.com

*Counsel for Plaintiff Chapter 7 Trustee*

/s/ Craig J. Franco
Craig J. Franco (Bar No. 16248)
Donald F. King (Va. Bar No. 23125)
Hans P. Riede (Va. Bar No. 75352
Odin Feldman & Pittleman, PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Telephone: (703) 218-2302
Facsimile: (703) 218-2160
Craig.franco@ofplaw.com

*Counsel for Defendant Flippo Construction Company, Inc.*

Per Administrative Order No. 03-02:  I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.  /s/ Joseph L. Meadows

**END OF ORDER**

2

cc: Monique D. Almy (Bar No. 04479)
Joseph L. Meadows (Bar No. 15856)
Randall L. Hagen (Bar No. 08099)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Counsel for the Chapter 7 Trustee*

Craig J. Franco
Donald F. King
Hans P. Riede
Odin Feldman & Pittleman PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
*Counsel for Flippo Construction Company, Inc.*

Office of the U.S. Trustee
101 W. Lombard Street
Suite 2650
Baltimore, Maryland 21201